**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Media Queue LLC   v.   Netflix, Inc.

No. 2014-1794

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Netflix, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Matthew I. Kreeger
Law firm: Morrison & Foerster LLP
Address: 425 Market Street
City, State and ZIP: San Francisco, CA 94105-2482
Telephone: 415-268-7000
Fax #: 415-268-7522
E-mail address: MKreeger@mofo.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/13/1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/07/2014                              /s/ Matthew I. Kreeger
Date                                    Signature of pro se or counsel

cc: _____