NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE MEDIA QUEUE, LLC**

2014-1794

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,469.

**ON MOTION**

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office informs the court that the Director exercises the right under 35 U.S.C. § 143 to intervene in the above-captioned appeal.

Netflix, Inc. informs the court that it is not participating in this appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The Director is an intervenor in this appeal. The Director shall calculate the due date for her brief from the date of filing of this order.

    (2) Netflix, Inc. is removed as a party to this appeal. The revised official caption and short caption are reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26